```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                               Case No. 19-03353-HWV
Thomas James Edward Soul                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: CKovach        Page 1 of 1        Date Rcvd: Aug 28, 2019
                           Form ID: pdf010       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db              +Thomas James Edward Soul,   92B Cemetery Avenue,   Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
           James  Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                              TOTAL: 3
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Thomas James Edward Soul | : | |
|     Debtor | : | Case No. 1:19-bk-03353-HWV |
| | : | |

## ORDER

Upon consideration of the Trustee's Motion to Dismiss with prejudice for failure to file a complete list of creditors, and after notice and a hearing held on Wednesday, August 28, 2019 at which the Debtor appeared and requested an extension of time to file a complete list of creditors, it is hereby

**ORDERED** that the Debtor is granted ten (10) days from the date of this Order to file a complete list of creditors; and it is further

**ORDERED** that should Debtor fail to file a complete list of creditors within ten (10) days of the date of this Order the above captioned case shall be dismissed without prejudice and without further notice.

Dated: August 28, 2019         By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)