Label Matrix for local noticing
0314-1
Case 1:19-bk-03353
Middle District of Pennsylvania
Harrisburg
Mon Sep 9 14:42:24 EDT 2019

NELNET - US DEPT. OF EDUC.
TPD SERVICING
PO BOX 87130
LINCOLN NE 68501-7130

PNC BANK
B6-YM07-01-7
P.O. Box 1820
Dayton, OH 45401-1820

PNC Bank
P.O. Box 1820
Dayton, OH 45401-1820

TOYOTA FINANCIAL SERVICES
6565 HEADQUARTERS DR.
ATTN: CORP TAX DEPT. W2-4A
PLANO TX 75024-5965

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

FILED HARRISBURG, PA
2019 SEP -9 PM 2:56
CLERK
U.S. BANKRUPTCY COURT