IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas James Edward Soul,            Case No. 1:19-bk-03353

Debtor            Chapter 13

MOTION REQUESTING EXTENSION TO FILE REQUIRED DOCUMENTS

Debtor Soul respectfully requests an extension of time to file the documents required by the Court. As ordered, the List of Creditors has been filed and the remaining documents will be tendered to the Court.

WHEREFORE, Debtor Soul prays that the Court will allow an extension for him to file the remaining documents as required.

*[signature]*

Thomas Soul

Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471

*FILED HARRISBURG, PA 2019 SEP 13 PM 3:36 CLERK J.S. BANKRUPTCY COURT*