```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03353-HWV
Thomas James Edward Soul                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CKovach     Page 1 of 1     Date Rcvd: Sep 20, 2019
                        Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
db            +Thomas James Edward Soul,    92B Cemetery Avenue,    Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Thomas James Edward Soul | : | Case No. 1:19-bk-03353-HWV |
| | : | |
| Debtor | : | |

## ORDER

Upon consideration of Debtors' Motion to Extend Time to File Schedules, Statements and Other Documents Required by FRBP 1007(b) (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the time within which Debtors must file the requisite schedules is extended to October 1, 2019; and it is further

**ORDERED** that future motions filed by Debtors shall be accompanied by a proposed order in accordance with Local Rule 9013-1(b) in order to be considered by this Court.

Dated: September 20, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)