## LOCAL BANKRUPTCY FORM 1007-1(c)

FILED
HARRISBURG, PA

2019 OCT -1 PM 3:24

CLERK
U.S. BANKRUPTCY COURT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas James Edward Soul:
92 B Cemetery Avenue
Stewartstown, PA 17343 :
:
:

**Debtor(s)** :

CHAPTER 13

CASE NO. 1-19-bk-03353

## CERTIFICATION OF NO PAYMENT ADVICES
## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Thomas Soul, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

[X] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

[ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

[ ] I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: Sept. 12, 2019

_____
Debtor

_____
Joint Debtor