```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                       Case No. 19-03353-HWV
Thomas James Edward Soul                                     Chapter 13
         Debtor
                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: Christina            Page 1 of 1            Date Rcvd: Nov 12, 2019
                              Form ID: ntnew341          Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
```
db            +Thomas James Edward Soul,    92B Cemetery Avenue,    Stewartstown, PA 17363-4021
5243752        James Warmbrodt,    701 Market Street Ste 5000,    Philadelphia, PA 19106-1541
5243748        Nelnet US Dept of Educ,    TPD Servicing,    PO Box 87130,    Lincoln, NE 68501-7130
5243749        PNC Bank,    B6 YM07-01-7,    PO Box 1820,    Dayton, OH 45401-1820
5243750        PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
5243751        Toyota Financial Services,    6565 Headquarters Dr,    Attn Corp Tax Dept W2-4A,
                Plano, TX 75024-5965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas James Edward Soul,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–03353–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 12, 2019 <br> Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 12, 2019 |

ntnew341 (04/18)