```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                              Case No. 19-03353-HWV
Thomas James Edward Soul                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: Christina        Page 1 of 1          Date Rcvd: Dec 12, 2019
                            Form ID: ntsempas       Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db          +Thomas James Edward Soul,    92B Cemetery Avenue,   Stewartstown, PA 17363-4021
aty         +Rand A Feder,   Morris & Vedder, LLP,   32 North Duke Street,    PO Box 149,
             York, PA 17405-0149
5243752      James Warmbrodt,    701 Market Street Ste 5000,   Philadelphia, PA 19106-1541
5243748      Nelnet US Dept of Educ,    TPD Servicing,   PO Box 87130,   Lincoln, NE 68501-7130
5243749      PNC Bank,   B6 YM07-01-7,   PO Box 1820,   Dayton, OH 45401-1820
5243750      PNC Bank,   PO Box 1820,   Dayton, OH 45401-1820
5243751      Toyota Financial Services,   6565 Headquarters Dr,   Attn Corp Tax Dept W2-4A,
             Plano, TX 75024-5965
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Rand A Feder    on behalf of Attorney Rand A Feder rafeder@morris-vedder.com,
           dlzapcic@morris-vedder.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas James Edward Soul

**Debtor 1**

**Debtor(s)**


BP Real Estate Investment Group LP
**Movant(s)**

vs.

Thomas James Edward Soul
and Charles J DeHart, III, Chapter 13 Trustee
**Respondent(s)**

Chapter: 13

Case number: 1:19−bk−03353−HWV

Document Number: 43

Matter: Motion to Confirm Absence of Stay

| **Notice** |
| --- |

Notice is hereby given that:

This Bankruptcy Petition was filed on August 2, 2019.

A hearing on the above referenced matter has been scheduled for:

| | |
| --- | --- |
| **United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 1/7/20** **Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **December 26, 2019**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 12, 2019 |

ntsempas(05/18)