```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03353-HWV
Thomas James Edward Soul                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: Christina              Page 1 of 1              Date Rcvd: Jan 02, 2020
                             Form ID: pdf010              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
db              +Thomas James Edward Soul,    92B Cemetery Avenue,    Stewartstown, PA 17363-4021
aty             +Rand A Feder,    Morris & Vedder, LLP,    32 North Duke Street,    PO Box 149,
                  York, PA 17405-0149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Rand A Feder    on behalf of Attorney Rand A Feder rafeder@morris-vedder.com,
               dlzapcic@morris-vedder.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES EDWARD SOUL

    Debtor(s)

BP REAL ESTATE INVESTMENT
GROUP, LP

    Movant

vs.

THOMAS JAMES EDWARD SOUL
and CHARLES J. DEHART, III,
CHAPTER 13 TRUSTEE

    Respondents

CHAPTER 13

CASE NO: 1:19-bk-03353-HWV

## ORDER CONFIRMING ABSENCE OF STAY

Upon consideration of a Motion to Confirm Absence of Stay filed by Movant, BP Real Estate Investment Group, LP, and in accordance with Section 362(c)(4)(A)(ii) of the Bankruptcy Code, 11 U.S.C. § 362(c)(4)(A)(ii), it is hereby:

**Ordered** and **Confirmed** that no stay under Section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a), is in effect, and Debtor, Thomas James Edward Soul, does not have the protection of the automatic stay, in Debtor's above-captioned bankruptcy case.

Dated: January 2, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)