IN THE US BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas James Edward Soul,　　　　　　　　　　　Case No. 1:19-bk-03353-HWV

　　　　Debtor　　　　　　　　　　　　　　　　　Chapter 13

CERTIIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23rd, 2020, a copy of the 1st Amended Chapter 13 Plan was sent via U.S. Mail, post-paid, to the following:

Nelnet – US Department of Education
TPD Servicing
P.O. Box 87130
Lincoln, NE 68501-7130

PNC Bank
B6-YMO7-01-7
P.O. Box 1820
Dayton, OH 45401-1820

Toyota Financial Services
6565 Headquarters Drive
Attn: Corporate Tax Department W2-4A
Plano, TX 75024-5965

James Warmbrodt, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Respectfully submitted,

Thomas James Edward Soul
92 B Cemetery Avenue
Stewartstown, PA 17363

Case 1:19-bk-03353-HWV    Doc 56    Filed 01/30/20    Entered 01/30/20 15:04:37    Desc
Main Document    Page 1 of 1