UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES EDWARD SOUL : CHAPTER 13
      Debtor(s) :
       :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
       :
vs. :
       :
THOMAS JAMES EDWARD SOUL :
      Respondent(s) : CASE NO.  1-19-bk-03353

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 19th day of February, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Plan ambiguous – Payment. Plan funded through sale of real estate for which lien creditor has stay relief and obtained title on August 5, 2019.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                       Respectfully submitted:

                       Charles J. DeHart, III
                       Standing Chapter 13 Trustee
                       8125 Adams Drive, Suite A
                       Hummelstown, PA 17036
                       (717) 566-609

      BY:        /s/James K. Jones
                    Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this   19th   day of February, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Thomas James Edward Soul
92B Cemetery Avenue
Stewartstown, PA   17363

                                                       /s/Deborah A. Behney
                                                       Office of Charles J. DeHart, III
                                                       Standing Chapter 13 Trustee