```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                             Case No. 19-03353-HWV
Thomas James Edward Soul                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: AutoDocke            Page 1 of 1             Date Rcvd: Feb 19, 2020
                               Form ID: ntcnfhrg          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.

```
db             +Thomas James Edward Soul,    92B Cemetery Avenue,    Stewartstown, PA 17363-4021
aty            +Rand A Feder,    Morris & Vedder, LLP,    32 North Duke Street,    PO Box 149,
                 York, PA 17405-0149
5243752         James Warmbrodt,    701 Market Street Ste 5000,    Philadelphia, PA 19106-1541
5243748         Nelnet US Dept of Educ,    TPD Servicing,    PO Box 87130,    Lincoln, NE 68501-7130
5243749         PNC Bank,    B6 YM07-01-7,    PO Box 1820,    Dayton, OH 45401-1820
5243750         PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
5243751         Toyota Financial Services,    6565 Headquarters Dr,    Attn Corp Tax Dept W2-4A,
                 Plano, TX 75024-5965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Rand A Feder    on behalf of Attorney Rand A Feder rafeder@morris-vedder.com,
               dlzapcic@morris-vedder.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Thomas James Edward Soul, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 1:19–bk–03353–HWV |

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2020** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 11, 2020 Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 19, 2020 |

ntcnfhrg (03/18)