# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     THOMAS JAMES EDWARD SOUL
           Debtor(s)

CHARLES J. DEHART, III            CHAPTER 13
CHAPTER 13 TRUSTEE
           Movant

vs.                                                         CASE NO: 1-19-03353-HWV

THOMAS JAMES EDWARD SOUL
           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 10, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on January 21, 2020.

2. A hearing was held and an Order was entered on March 25, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                          Respectfully submitted,

                                                          s/   James K. Jones, Esq.
                                                          Id:   39031
                                                          Attorney for Trustee
                                                          Charles J. DeHart, III
                                                          Standing Chapter 13 Trustee
                                                          Ste. A, 8125 Adams Drive
                                                          Hummelstown, PA   17036
                                                          Ph.   717-566-6097
                                                          Fax. 717-566-8313
                                                          eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES EDWARD SOUL

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-19-03353-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101

Date: July 22, 2020

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA   17036  
Phone:  (717) 566-6097  
Email:  dehartstaff@pamd13trustee.com

Dated:  June 10, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES EDWARD SOUL

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

THOMAS JAMES EDWARD SOUL

Respondent(s)

CHAPTER 13

CASE NO: 1-19-03353-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 10, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PRO SE<br>, - | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| THOMAS JAMES EDWARD SOUL<br>92B CEMETERY AVENUE<br>STEWARTSTOWN, PA 17363 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 10, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES EDWARD SOUL

Debtor(s)  CHAPTER 13
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant
THOMAS JAMES EDWARD SOUL  CASE NO: 1-19-03353-HWV

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.