```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03353-HWV
Thomas James Edward Soul                                        Chapter 13
         Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jul 22, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
db              +Thomas James Edward Soul,   92B Cemetery Avenue,   Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Rand A Feder    on behalf of Attorney Rand A Feder rafeder@morris-vedder.com,
               dlzapcic@morris-vedder.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
Thomas James Edward Soul : Chapter 13
    Debtor :
:
:
: Case No. 1:19-bk-03353-HWV
:

## ORDER

Hearing on confirmation of the Chapter 13 Plan for the above captioned case having been held on July 22, 2020, and it appearing that the Debtor has not yet filed an amended plan in accordance with this Court's order dated March 25, 2020, it is hereby

**ORDERED** that the Debtors shall have thirty (30) days from the date of this Order to file an amended plan; and it is further

**ORDERED** that should Debtors fail to file an amended plan within thirty (30) days of this Order the above-captioned case shall be dismissed without a hearing and without further notice.

Dated: July 22, 2020     By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (LS)