```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 19-03353-HWV
Thomas James Edward Soul                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke         Page 1 of 1          Date Rcvd: Aug 27, 2020
                              Form ID: pdf010         Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
```
db             +Thomas James Edward Soul,   92B Cemetery Avenue,   Stewartstown, PA 17363-4021
5243752         James Warmbrodt,   701 Market Street Ste 5000,   Philadelphia, PA 19106-1541
5243748         Nelnet US Dept of Educ,   TPD Servicing,   PO Box 87130,   Lincoln, NE 68501-7130
5243749         PNC Bank,   B6 YM07-01-7,   PO Box 1820,   Dayton, OH 45401-1820
5243750         PNC Bank,   PO Box 1820,   Dayton, OH 45401-1820
5243751         Toyota Financial Services,   6565 Headquarters Dr,   Attn Corp Tax Dept W2-4A,
                 Plano, TX 75024-5965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Rand A Feder    on behalf of Creditor    BP Real Estate Investment Group LP
               rafeder@morris-vedder.com,    dlzapcic@morris-vedder.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS JAMES EDWARD SOUL

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

THOMAS JAMES EDWARD SOUL

Respondent(s)

CHAPTER 13

CASE NO: 1-19-03353-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.

Dated: August 27, 2020

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (JH)