IN THE US BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas James Edward Soul,  Case No. 1:19-bk-03353-HWV

Debtor  Chapter 13

CERTIIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26TH, 2020, a copy of the 1st Amended Chapter 13 Plan was sent via U.S. Mail, post-paid, to the following:

Nelnet – US Department of Education

TPD Servicing

P.O. Box 87130

Lincoln, NE 68501-7130

Pennsylvania Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Kaml Feder
Morris and Vedder
32 North Duke Street
P.O. Box 149
York, PA 17405-0149

PNC Bank
P.O. Box 1820
Dayton, OH 45401-1820

Toyota Financial Services

6565 Headquarters Drive

Attn: Corporate Tax Department W2-4A

Plano, TX 75024-5965

James Warmbrodt, Esquire

701 Market Street, Suite 5000

Philadelphia, PA 19106-1541

Respectfully submitted,

/s/ Thomas Soul

Thomas James Edward Soul

92 B Cemetery Avenue

Stewartstown, PA 17363