UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL,
    Debtor

CHAPTER 13
CASE NO. 1-19-03353-HWV

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Review Dismissal of Chapter 13 Case was sent via U.S. Mail on September 8th, 2020, to the following:

PNC Bank
P.O. Box 1820
Dayton, OH 45401-1820

Toyota Financial Services
Attn: Corporate Tax Dept. W2-4A
6565 Headquarters Drive
Plano, TX 75024-5965

Nelnet US Dept. of Education
TDP Servicing
P.O. Box 87130
Lincoln, NE 68501-7130

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rand A. Feder
Morris and Vedder, LLP
32 North Duke Street
P.O. Box 149
York, PA 17405-0149

James Warmbrodt
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Respectfully submitted,

Thomas J. E. Soul
Debtor, Pro-se
92 B Cemetery Avenue
Stewartstown, PA 17363