UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL                     CHAPTER 13
                Debtor                       CASE NO. 1-19-03353-HWV

MOTION TO REVIEW DISMISSAL OF
CHAPTER 13 CASE

Debtor respectfully requests that the Court consider reinstating his case. Debtor filed the plan, as instructed by the Court, within the time constraints specified. It was not known to Debtor that he was required to attend the Hearing, as no notice was sent to him.

Futhermore, Debtor had planned to convert to a Chapter 7 case, as suggested by Court Trustee Charles J. DeHart, III, in his Objection filed with the Court. In all other aspects Debtor has complied with the Court in adhering to required rules and standards.

WHEREFORE, Debtor prays that this Court will reconsider the decision to dismiss and reinstate Debtor's case for conversion.

**FILED**
**Harrisburg, PA**

SEP 1 1 2020

**Clerk,**
**US Bankruptcy Court**

Respectfully submitted,

Thomas J. E. Soul
92 B Cemetery Avenue
Stewartstown, PA 17363

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL,                    CHAPTER 13
                          Debtor              CASE NO. 1-19-03353-HWV

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Review Dismissal of Chapter 13
Case was sent via U.S. Mail on September 8th, 2020, to the following:

PNC Bank
P.O. Box 1820
Dayton, OH 45401-1820

Toyota Financial Services
Attn: Corporate Tax Dept. W2-4A
6565 Headquarters Drive
Plano, TX 75024-5965

Nelnet US Dept. of Education
TDP Servicing
P.O. Box 87130
Lincoln, NE 68501-7130

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rand A. Feder
Morris and Vedder, LLP
32 North Duke Street
P.O. Box 149
York, PA 17405-0149

James Warmbrodt
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Respectfully submitted,

Thomas J. E. Soul
Debtor, Pro-se
92 B Cemetery Avenue
Stewartstown, PA 17363