IN THE US BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas James Edward Soul,            Case No. 1:19-bk-03353-HWV

       Debtor                              Chapter 13

## MOTION TO RESTORE AUTOMATIC STAY

    Debtor requests that Automatic Stay be restored to the pending case, which is under review for conversion to a Chapter 7 case, to be heard in this Court on October 14, 2020. There is a pending Writ of Possession which is dated for October 16, 2020.

    The possession order would require Debtor to leave his residence, and perhaps have additional consequences. Debtor respectfully requests that the Court restore Automatic Stay to enable him to remain in the property until he can secure alternate living quarters.

    Debtor is willing to compensate the party in terms of rent. However, they have thus far insisted upon his removal from the property. Removing Debtor would subject him to potential harm, injury and dangerous conditions.

    THEREFORE, Debtor prays that this Honorable Court will grant the relief requested and any other additional protection that may be allowable.

                                                             Respectfully submitted,

                                                            *[signature]*

                                                            Thomas James Edward Soul
                                                            Pro-se Debtor
                                                            92 B Cemetery Avenue
                                                            Stewartstown, PA 17363

*[Filed stamp: 2020 OCT -9 PM 3:32 / CLERK U.S. BANKRUPTCY COURT / FILED HARRISBURG, PA]*

IN THE US BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas James Edward Soul,　　　　　　　　Case No. 1:19-bk-03353-HWV

　　　　　　Debtor　　　　　　　　　　　　Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October _9TH_, 2020, a copy of the foregoing Motion To Restore Automatic Stay was made available through electronic means or mailed First-Class U.S. Mail to the following:

Toyota Financial Services
6565 Headquarters Drive
Attn: Corp. Tax Dept. W2-4A
Plano, TX 75024-5965

Nelnet US Dept. of Education
TPD Servicing
P.O. Box 87130
Lincoln, NE 68501-7130

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rand A. Feder
Morris and Vedder, LLP
32 South Duke Street
P.O. Box 149
York, PA 17405-0149

James Warmbrodt
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

PNC Bank
P.O. Box 1820
Dayton, OH 45401-1820

_/s/ Thomas Soul_
Thomas James Edward Soul

# SHERIFF'S OFFICE OF YORK COUNTY

**Richard P Keuerleber**
*Sheriff*

**Steven Diehl**
*Chief Deputy, Operations*



**Christopher A. Ferro, Esq.**
*Solicitor*

**Richard E Rice, II**
*Chief Deputy, Administration*

---

| | |
|---|---|
| BP REAL ESTATE INVESTMENT GROUP, LP<br><br>VS.<br><br>THOMAS JAMES EDWARD SOUL, A/K/A THOMAS SOUL, A/K/A THOMAS J.E. SOUL<br>THOMAS SOUL<br>THOMAS JAMES EDWARD SOUL | IN THE COURT OF COMMON PLEAS OF YORK COUNTY PENNSYLVANIA<br><br>WRIT OF POSSESSION<br>2020-SU-000121 |

## NOTICE OF POSSESSION

**NOTICE IS HEREBY GIVEN THAT BY VIRTUE OF A WRIT OF POSSESSION ISSUED OUT OF THE COURT OF COMMON PLEAS OF YORK COUNTY TO ME BE DIRECTED, POSSESSION OF THE FOLLOWING DESCRIBED PROPERTY:**

92 B CEMETERY AVENUE, STEWARTSTOWN, PA 17363

**IS TO BE DELIVERED TO:**

BP REAL ESTATE INVESTMENT GROUP, LP

**ON:** Friday, October 16, 2020 2:00:00 PM

**DATE: 9/24/2020**

**OFFICE OF THE SHERIFF**
**YORK COUNTY JUDICIAL CENTER**
**45 NORTH GEORGE STREET**
**YORK, PA 17401**

Richard P Keuerleber, Sheriff
County of York

By: Sage Lear, Deputy

(c) CountySuite Sheriff, Teleosoft, Inc

Phone 717.848.3078
Fax 717.848.2777

## IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA
## CIVIL ACTION - LAW

| | | |
|---|---|---|
| BP Real Estate Investment Group, LP, Plaintiff | : | No. 2020-SU-000121 |
| v. | : | ACTION IN EJECTMENT |
| Thomas James Edward Soul, a/k/a Thomas Soul, a/k/a Thomas J.E. Soul, Defendant | : | 92B Cemetery Avenue Stewartstown, York County, PA UPI No. 86-000-BK-0050-D0-000000 |

### WRIT OF POSSESSION

COMMONWEALTH OF PENNSYLVANIA :
COUNTY OF YORK :
TO THE SHERIFF OF YORK COUNTY :

To satisfy the Judgment for possession in the above-captioned matter, you are directed to deliver possession of the following described property to the Plaintiff, **BP Real Estate Investment Group, LP**:

**92B CEMETERY AVENUE, STEWARTSTOWN, PENNSYLVANIA 17363-4021**

Respectfully Submitted:
**BLAKE & SCHANBACHER LAW, LLC**

12TH day of August, 2020

By: _____
Kurt A. Blake, Esquire
Attorney ID No. 68791
29 East Philadelphia Street
York, Pennsylvania 17401
(717) 848-3078, ext. 106
Kurt@Palitigators.com

*Allison Blew*

(SEAL OF THE COURT)

Prothy Fees

Date: 8-12-20      $455.77

PROTHONOTARY

_____
DEPUTY

BLAKE &
CHANBACHER LAW, L.L.C.
ATTORNEYS AND
COUNSELLORS AT LAW
29 East Philadelphia Street
York, Pennsylvania 17401
Phone 717.848.3078
Fax 717.848.2777
www.PAlitigators.com

| BP REAL ESTATE INVESTMENT GROUP, LP<br>vs.<br>THOMAS JAMES EDWARD SOUL, A/K/A THOMAS SOUL, A/K/A THOMAS J.E. SOUL, THOMAS SOUL, THOMAS JAMES EDWARD SOUL | Case Number<br>2020-SU-000121 |
|---|---|

## SHERIFF'S RETURN OF SERVICE

09/24/2020  01:31 PM - POSTED ONE TRUE AND ATTESTED COPY OF THE WITHIN WRIT OF POSSESSION UPON REAL ESTATE LOCATED AT 92 B CEMETERY AVENUE, STEWARTSTOWN, PA 17363 WITH SHERIFF'S NOTICE INDICATING POSSESSION TO BE DELIVERED TO THE PLAINTIFF ON FRIDAY, OCTOBER 16, 2020 AT 2:00 PM.