In re:  Case No. 19-03353-HWV

Thomas James Edward Soul  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: pdf010 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas James Edward Soul, 92B Cemetery Avenue, Stewartstown, PA 17363-4021 |
| 5243752 | | James Warmbrodt, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| 5243748 | | Nelnet US Dept of Educ, TPD Servicing, PO Box 87130, Lincoln, NE 68501-7130 |
| 5243749 | | PNC Bank, B6 YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 5243750 | | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5243751 | | Toyota Financial Services, 6565 Headquarters Dr, Attn Corp Tax Dept W2-4A, Plano, TX 75024-5965 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Rand A Feder | on behalf of Creditor BP Real Estate Investment Group LP rafeder@morris-vedder.com dlzapcic@morris-vedder.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas James Edward Soul,
Debtor

CHAPTER 13
CASE NO 1:19-BK-03353-HWV

## ORDER REINSTATING CASE

AND NOW, upon consideration of Debtor's Motion to Reinstate Case, said motion is hereby granted and Debtor's case is hereby reinstated.

Dated: October 14, 2020

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)