UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: THOMAS JAMES EDWARD SOUL | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | CASE NO. 1-19-bk-03353-HWV |
| THOMAS JAMES EDWARD SOUL | : | |
| Respondent(s) | : | MOTION TO RECONSIDER |

ORDER

AND NOW, upon consideration of Trustee's Motion to Reconsider Order Reinstating Case, and all other matters of record,

IT IS HEREBY ORDERED that Trustee's request is granted. Debtor is directed to convert this case to Chapter 7 within seven (7) days of this Order or, upon Certification of Default, the case will be dismissed.