United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                 Case No. 19-03353-HWV

Thomas James Edward Soul                                                      Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                                           User: AutoDocke                                                    Page 1 of 2
Date Rcvd: Nov 19, 2020                               Form ID: pdf010                                         Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas James Edward Soul, 92B Cemetery Avenue, Stewartstown, PA 17363-4021 |
| 5243752 | | James Warmbrodt, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| 5243748 | | Nelnet US Dept of Educ, TPD Servicing, PO Box 87130, Lincoln, NE 68501-7130 |
| 5243749 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, B6 YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 5243750 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5243751 | | Toyota Financial Services, 6565 Headquarters Dr, Attn Corp Tax Dept W2-4A, Plano, TX 75024-5965 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5243749 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 19 2020 19:15:00 | PNC Bank, B6 YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 5243750 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 19 2020 19:15:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020                                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Rand A Feder | on behalf of Creditor BP Real Estate Investment Group LP rafeder@morris-vedder.com dlzapcic@morris-vedder.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas James Edward Soul

                    Debtor 1

Chapter: 13
Case No.: 1:19-bk-03353-HWV

### ORDER DISMISSING CASE

In consideration of the failure to comply with the requirements of the Amended Order Reinstating Case and Directing Debtor to Convert Case to Chapter 7, it is hereby **ORDERED** that this case is dismissed.

Dated: November 18, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Order Dismissing Case – Revised 4/18